# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 3:18-CR-00105 |
| vs. | * | JUDGE TERRY A. DOUGHTY |
| JAQUIRRO T. SCOTT | * | MAG. JUDGE KAREN L. HAYES |

## RULING

On July 29, 2019, Defendant Jaquirro T. Scott filed in this proceeding a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. No. 37]. However, Defendant was sentenced in this proceeding on October 2, 2018, and his appeal from his sentence was filed with the United States Court of Appeals for the Fifth Circuit on October 8, 2018 [Doc. No. 27] and is currently pending. Accordingly, the Court will issue a judgment of dismissal without prejudice because a collateral attack is premature in light of Movant's pending direct appeal from the judgment in Criminal Number 3:18-CR-00105.

Monroe, Louisiana, this 31st day of July, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE